## ROSENTHAL v. THE STATE.

BECK, J. The evidence warranted the verdict, and no errors of law are complained of. *Judgment affirmed. All the Justices concur.*

Submitted October 18,—Decided November 8, 1905.

Indictment for gambling. Before Judge Cann. Chatham superior court. July 24, 1905.

*Twiggs & Oliver* and *E. H. Abrahams,* for plaintiff in error.
*W. W. Osborne, solicitor-general,* contra.